No. 92–6696.  TAYLOR v. CITY OF NEW ALBANY ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–6707.  BROKENBROUGH v. REDMAN, WARDEN, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 92–6708.  WARD v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 92–6712.  JONES v. WRIGHT, WARDEN.  Sup. Ct. Va.  Certiorari denied.

No. 92–6713.  HAYS v. IDAHO.  C. A. 9th Cir.  Certiorari denied.

No. 92–6717.  DIGGS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–6731.  HUFF v. WILCOX COUNTY ADMINISTRATOR ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–6734.  WIGLEY v. SMITH ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–6736.  CROCKETT v. DUTTON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 92–6740.  CURIALE ET UX. v. HICKEL, GOVERNOR OF ALASKA, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 92–6751.  COUSINO v. REKUCKI ET AL.  Ct. App. Mich. Certiorari denied.

No. 92–6757.  MANN v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 92–6771.  MARTINEZ v. COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 92–6815.  SASSER v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 92–6837.  BRECHEEN v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.